IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK ALLEN KOCH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV79 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KOZEAL, Mayor, JAN OELTJEN, City Council President, TIM LIEBERT, City Councilman and Building Inspector, MICKY SCHNEIDER, City Councilwoman, RON JEPSEN, City Councilman, MIKE CRISS, City Administrator, GWENDA HORKY, City Clerk, J.D. KEEFE, City Police Officer, and CITY OF SARGENT, NEBRASKA, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Extension of Time to File Notice of Appeal (Filing No. 26). For good cause shown, the court will extend the time in which Plaintiff had to file a notice of appeal in this matter. *See* Fed. R. App. P. 4(a)(5)(A).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to File Notice of Appeal (Filing No. 26) is granted, and Plaintiff's Notice of Appeal (Filing No. 23) is deemed timely filed.

DATED this 7th day of December, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge